IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FORGE UNDERWRITING LIMITED;
PARTNERRE IRELAND INSURANCE DAC;
CERTAIN UNDERWRITERS at LLOYDS,
LONDON; and STARR INDEMNITY &
LIABILITY COMPANY,

              Plaintiffs,

    v.

RONALD F. GREENSPAN, in his capacity as
COURT-APPOINTED RECEIVER for the
RECEIVERSHIP ENTITY; AEQUITAS
HOLDINGS, LLC; ROBERT J. JESENIK;
BRIAN A. OLIVER; N. SCOTT GILLIS; OLAF
JANKE; ANDREW MACRITCHIE; WILLIAM
GLASGOW; KEITH BARNES; EDMUND
JENSEN; PATRICK TERRELL; WILLIAM
MCCORMICK; and DOES 1-50,

              Defendants.

Case No.: 3:19-cv-00810-JR (Lead Case)

**ORDER APPROVING
SETTLEMENT AGREEMENT**

RONALD F. GREENSPAN, in his capacity as
COURT-APPOINTED RECEIVER for the
RECEIVERSHIP ENTITY,

        Plaintiff,

        v.

CATLIN SPECIALTY INSURANCE
COMPANY; FORGE UNDERWRITING,
LTD. (AS MANAGING GENERAL AGENT
FOR PARTNERRE IRELAND INSURANCE
LIMITED); STARR INDEMNITY AND
LIABILITY COMPANY; and CERTAIN
UNDERWRITINGS AT LLOYD'S OF
LONDON, IN PARTICULAR, LLOYD'S
SYNDICATE 4711, LLOYD'S SYNDICATE
1274, LLOYD'S SYNDICATE 1861, and
LLOYD'S SYNDICATE 1980,

        Defendants.

Case No.: 3:19-cv-00817-JR

**ORDER APPROVING
SETTLEMENT AGREEMENT**

HERNÁNDEZ, District Judge:

        Forge Underwriting Limited, PartnerRe Ireland Insurance DAC, Certain Underwriters at

Lloyd's, London, Starr Indemnity & Liability Company (collectively "Insurers"); Ronald F.

Greenspan, in his capacity as Court-appointed Receiver for the Receivership Entity (the

"Receiver"); Robert J. Jesenik, Brian A. Oliver, N. Scott Gillis, Olaf Janke, Andrew MacRitchie,

William Glasgow, Keith Barnes, Edmund Jensen, Patrick Terrell, William McCormick and Brian

K. Rice (collectively, the "Individual Defendants"), all of whom are hereafter collectively

referred to as "the Settling Parties," having stipulated thereto and good cause appearing, the

Court hereby finds and orders:

        1.      The Settlement Agreement and Mutual Release ("Settlement Agreement")

attached as Exhibit A to the Settling Parties' Stipulation to Order Approving Settlement (ECF

160-1 in 3:19-cv-00810-JR and ECF No. 117 in 3:19-cv-00817-JR), is a reasonable compromise of the Settling Parties' disputes, including all claims with respect the policy limit that Starr Indemnity & Liability Company ("Starr") interpleaded in Case No.: 3:19-cv-00810-JR, and was entered into in good faith, following arms-length negotiations. The Court hereby approves the Settlement Agreement.

2.      Upon and subject to further Court approval of the Settlement Agreement in the matter captioned *SEC v. Aequitas Management, LLC, et al.*, Case No. 3:16-cv-00438-JR, the Settling Parties are authorized to and directed to perform their respective obligations in accordance with the terms of the Settlement Agreement, including Starr's distribution of the funds it interpleaded in Case No.: 3:19-cv-00810-JR.

**IT IS SO ORDERED.**

DATED:  ___December 11, 2020___.

_____
MARCO A. HERNANDEZ
United States District Court Judge